UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States for the use and benefit of, CLEAN EARTH DREDGING TECHNOLOGIES, LLC, and CLEAN EARTH DREDGING TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ENDURANCE AMERICAN INSURANCE COMPANY,<br><br>Defendant. | Civil Action No.:15-6111 (FLW)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

PLEASE TAKE NOTICE that Plaintiff, Clean Earth Dredging Technologies, LLC, Defendant, Endurance American Insurance Company and Intervenor, J.T. Cleary, Inc. stipulate that all claims and counterclaims filed in this matter shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and without costs to any party.

Respectfully submitted,

Eric J. Hughes, Esq.
McElroy Deutsch Mulvaney & Carpenter, LLP
Attorneys for Defendant,
Endurance American Insurance Company

Dated: 12/14/16

Respectfully submitted,

Peter Kutil, Esq.
King & King, LLP
Attorney for Plaintiff,
Clean Earth Dredging Technologies, LLC

Dated: 12-1-16

1

Respectfully submitted,

*[signature]*

Christopher Nucifora, Esq.
Kaufman Dolowich & Voluck, LLP
Attorneys for Intervenor,
J.T. Cleary, Inc.

Dated: 12/13/16

It is further ordered that the Clerk of the Court
is directed to reopen this action and upon entry
of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

*[signature]*

FREDA L. WOLFSON, U.S.D.J.   12-15-16